**O**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOHN P. SIMON, | ) | CASE NO. CV 07-04619 DDP (RZ) |
| Plaintiff, | ) | |
| vs. | ) | ORDER ACCEPTING AND ADOPTING SECOND REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| TRANSCORAMERICA AGENCY, ET AL., | ) | |
| Defendants. | ) | |

The Court has reviewed the file in this matter, and has read and reviewed the Second Report and Recommendation of United States Magistrate Judge. Plaintiff has not filed any objections. The Court accepts the findings and recommendations of the Magistrate Judge.

DATED: May 27, 2009

_[signature]_

DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE