O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JOHN P. SIMON,                              )       CASE NO. CV 07-04619 DDP (RZ)
                                            )
                        Plaintiff,          )
                                            )       JUDGMENT
            vs.                             )
                                            )
TRANSCORAMERICA AGENCY,                     )
ET AL.,                                     )
                                            )
                        Defendants.         )
_____)

        Pursuant to the Court's Order Accepting and Adopting the Second Report and

Recommendation of the United States Magistrate Judge,

        IT IS ORDERED AND ADJUDGED that the action is dismissed without

prejudice.


DATED: May 27, 2009

                                        _____
                                              DEAN D. PREGERSON
                                        UNITED STATES DISTRICT JUDGE